**FREEMAN MATHIS & GARY, LLP**
Albert K. Alikin (SBN 265119)
Albert.Alikin@fmglaw.com
Nicholas Directo (SBN 314108)
Nick.Directo@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071
Tel.:(213) 615-7000
Fax:  (833) 264-2083

*Attorneys for Defendants*
UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21 and HISCOX INSURANCE COMPANY, INC. erroneously sued as HISCOX, INC. d/b/a HISCOX INSURANCE AGENCY IN CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUGGETS & CARATS, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21; HISCOX INC. d/b/a HISCOX INSURANCE AFENCY IN CALIFORNIA; and DOES 1-50,<br><br>Defendants. | Case No. 8:24-cv-00034-MCS-KES<br>Dist. Judge: Mark C. Scarsi<br>Courtroom 7C<br><br>***[PROPOSED]* ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>*[Filed concurrently with Stipulated Protective Order]*<br><br>Complaint Filed:  November 13, 2023<br>Removal Filed:    January 5, 2024<br>Jury Trial:            February 18, 2025 |

After considering Defendants UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21 and HISCOX INSURANCE COMPANY, INC. and Plaintiff NUGGETS & CARATS, INC.'s (collectively, the "Parties") Stipulated Protective Order filed on July 11, 2024 (Dkt. No. 18), the Court Orders as follows:

///

///

1  The Stipulated Protective Order is **GRANTED.**

2  **IT IS SO ORDERED**

4  DATED: July 12, 2024               *Karen E. Scott*
                                      HON. KAREN E. SCOTT
5                                     U.S. Magistrate Judge

# PROOF OF SERVICE

I hereby certify that on 11th day of July, 2024, I electronically filed *[PROPOSED]* **ORDER RE: STIPULATED PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following person(s):

| | |
|---|---|
| James G. Bohm<br>Joanne P. Freeman<br>BOHM WILDISH & MATSEN, LLP<br>600 Anton Blvd, Suite 640<br>Costa Mesa, California 92626<br>Tel: (714) 384-6500<br>jbohm@bohmwildish.com<br>jfreeman@bohmwildish.com<br>cc: clopez@bohmwildish.com<br><br>Lawrence S. Eisenberg<br>EISENBERG & ASSOCIATES, APC<br>9210 Irvine Center Drive<br>Irvine, California 92618<br>Tel: (949) 733-1500<br>lse@lselaw.com<br><br>Richard O. Knapp<br>KNAPP & SPURLOCK, LLP<br>3525 Hyland Ave, Ste 220<br>Costa Mesa, CA 92626<br>Tel: (714) 434-9600<br>rknapp@knapp-spurlock.com | *Attorneys for Plaintiff*<br>NUGGETS & CARATS, INC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on July 11, 2024, at Los Angeles, California.


Jackie Struck

*[PROPOSED]* ORDER RE: STIPULATED PROTECTIVE ORDER