1  James G. Bohm (SBN 132430)
   *jbohm@bohmwildish.com*
2  Joanne P. Freeman (SBN 140137)
   *jfreeman@bohmwildish.com*
3  BOHM WILDISH & MATSEN, LLP
   600 Anton Blvd, Suite 640
4  Costa Mesa, California 92626
   Tel: (714) 384-6500
5  Fax: (714) 384-6501

6  Lawrence S. Eisenberg, Esq. SBN 114120
7  LSE@LSELAW.COM
   EISENBERG & ASSOCIATES, APC
8  9210 Irvine Center Drive
   Irvine, California 92618
9  Tel:(949)733-1500
10 Fax: (949)753-1516

11 Richard O. Knapp, Esq. SBN 144654
12 rknapp@knapp-spurlock.com
   KNAPP & SPURLOCK, LLP
13 3525 Hyland Ave Ste 220
   Costa Mesa, CA 92626
14 Tel: (714) 434-9600

15 Attorneys for Plaintiff NUGGETS & CARATS, INC.

16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUGGETS & CARATS, INC., a corporation,<br>Plaintiffs<br>v.<br>UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21;<br>HISCOX INC. d/b/a/ HISCOX INSURANCE AFENCY IN CALIFORNIA; and Does 1-50<br>Defendants. | Case No. 8:24-cv-00034-CJC (KESx)<br>State Case No: 30-2023-01362256-CU-BC-WJC<br><br>**NOTICE OF SETTLEMENT**<br><br>COMPLAINT FILED: NOVEMBER 13, 2023<br>REMOVAL FILED: JANUARY 5, 2024<br>DISCOVERY CUTOFF: OCTOBER 10, 2024<br>PRETRIAL CONFERENCE: FEBRUARY 10, 2025<br>JURY TRIAL: FEBRUARY 18, 2025 |

1  Plaintiff NUGGETS & CARATS, INC. and Defendants UNDERWRITERS AT LLOYD'S,
2  LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21
3  and HISCOX INC. d/b/a HISCOX INSURANCE AGENCY IN CALIFORNIA hereby
4  advise the Court that the case is settled.
5  The parties respectfully request the Court to vacate the trial date of February 18, 2025, and
6  take the discovery motions off calendar which include Defendants' Motion to Compel set on
7  September 24, 2024, and Plaintiff's Motion to Compel set on October 1, 2024.
8  The settlement agreement and release is being drafted by counsel for Defendants, the
9  settlement payment is due within 30 days after the agreement is signed and a dismissal with
10 prejudice will be filed within 45 days.

Respectfully submitted,

Dated:   September 23, 2024         BOHM WILDISH & MATSEN, LLP
                                    EISENBERG & ASSOCIATES, APC
                                    KNAPP & SPURLOCK, LLP

                                    By: /s/ Lawrence S. Eisenberg
                                        James G. Bohm
                                        Joanne P. Freeman
                                        Lawrence S. Eisenberg
                                        Richard O. Knapp
                                        Attorneys for Plaintiff

                                    FREEMAN MATHIS & GARY, LLP

                                    By: /s/ Albert K. Alikin
                                        Alexander G. Meissner
                                        Attorneys for Defendants

Bohm Wildish & Matsen, LLP
600 Anton Blvd
Suite 640
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (fax)

1
NOTICE OF SETTLEMENT

# PROOF OF SERVICE
(Nuggets & Carats Inc. vs. Underwriters at Lloyd's et. al.; Case No. 8:24-cv-00034-MCS-KES)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over 18 years of age and not a party to this action. My business address is 600 Anton Blvd, Suite 640, Costa Mesa, California 92626. On **September 23, 2024**, I served the following document(s):

# NOTICE OF SETTLEMENT

I served the above-referenced document(s) on the following person(s) in the following manner:

| | |
|---|---|
| Albert K. Alikin<br>Alexander Meissner<br>Albert.Alikin@fmglaw.com<br>Alex.Meissner@fmglaw.com<br>Denise.Carrillo@fmglaw.com<br>**FREEMAN MATHIS & GARY, LLP**<br>550 South Hope Street, 22nd Floor<br>Los Angeles, California 90071<br>Tel.: (213) 615-7000<br>Fax: (833) 264-2083 | *Attorneys for Defendants*<br>UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NO. 3624 SUBSCRIBING TO POLICY NO. MPL4029619.21 and HISCOX, INC. d/b/a DEFENDANTS INSURANCE AGENCY IN CALIFORNIA |
| Lawrence S. Eisenberg<br>lse@lselaw.com<br>t.katz@lselaw.com<br>EISENBERG & ASSOCIATES, APC<br>9210 Irvine Center Drive<br>Irvine, California 92618<br>Tel: (949) 753-1500 | *Attorneys for Plaintiff*<br>Nuggets & Carats, Inc. |
| Richard O. Knapp<br>rknapp@lcnapp-spurlock.com<br>Cathy@knapp-spurlock.com<br>KNAPP & SPURLOCK, LLP<br>3525 Hyland Ave, Ste 220<br>Costa Mesa, CA 92626<br>Tel: (714) 434-9600 | *Attorneys for Plaintiff*<br>Nuggets & Carats, Inc. |

☒  **BY E-MAIL/ELECTRONIC TRANSMISSION**: On **September 23, 2024**, I caused the above-referenced document(s) to be transmitted by electronic mail from clopez@bohmwildish.com to the e-mail address(es) of the addressee(s) pursuant to Rule 2.251 of the California Rules of Court. The transmission was complete and without error and I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct. Executed on **September 23, 2024** at Costa Mesa, California.

*Cynthia Lopez*
Cynthia López

BOHM WILDISH & MATSEN, LLP
600 Anton Blvd
Suite 640
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (fax)

2
NOTICE OF SETTLEMENT